ROTHENBERG, J.
The defendant, Franklin Bain, challenges his convictions and sentences for armed sexual battery and false imprisónment- while in possession of a deadly weapon, arguing that the trial court failed to conduct an adequate Faretta[1] hearing before allowing him to discharge his attorney and proceed pro se. Based on the record, which reflects, that the1 trial court conducted a very thorough Faretta inquiry which: (1) addressed.the defendant’s.comprehension ’ of the . offer of assistance of counsel; (2) addressed the defendant’s “capacity to make a knowing and intelligent waiver”; ‘(3) “advise[d] the defendant of the disadvantages and dangers of self-representation; .and (4) demonstrated that the defendant’s “waiver [was] knowing and intelligent,” we affirm. See Fla. R. Crim. P. 3.111(d)(2).
Affirmed.

. Faretta v. California, 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975).